Jose Luis DIEGO–RODRIGUEZ;
Enriqueta Ramirez–Flores,
Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 05–73037.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 25, 2007.

Farshad Owji, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Francesco Isgro, David M. McConnell, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

MEMORANDUM **

Jose Luis Diego–Rodriguez and Enriqueta Ramirez–Flores, natives and citizens of Mexico, seek review of an order of the Board of Immigration Appeals ("BIA")

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

denying their motion to reopen removal proceedings. We review for abuse of discretion the denial of a motion to reopen. *Iturribarria v. INS,* 321 F.3d 889, 894 (9th Cir.2003). We deny the petition for review.

The BIA considered the evidence petitioners submitted with their motion to reopen and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Singh v. INS,* 295 F.3d 1037, 1039 (9th Cir.2002) (the BIA's denial of a motion to reopen shall be reversed if it is "arbitrary, irrational, or contrary to law").

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.